**Joe ELLIS v. STATE.   (No. 12252.)**

Court of Criminal Appeals of Texas.   Nov. 21, 1928.

J. A. Ward, of Mt. Pleasant, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J.   The offense is transporting intoxicating liquor; the punishment confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.   The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Sam ELLISON v. STATE.   (No. 12322.)**

Court of Criminal Appeals of Texas.   Dec. 19, 1928.

Bledsoe, Crenshaw & Dupree, of Lubbock, and Stinson, Hair, Brooks & Duke, of Abilene, for appellant.
A. A. Dawson, State's Atty., of Austin, for the state.

MORROW, P. J.   The offense is murder. The verdict assessed against the appellant a penalty of confinement in the penitentiary for a period of 99 years. The judgment should have been written to read, "not less than 2 nor more than 99 years" confinement in the penitentiary. It will be so amended.

There is no statement of facts, and no complaints of the rulings of the trial court are found in the record. The appellant has indicated that he does not desire to further prosecute his appeal.

The judgment is reformed and affirmed, and the mandate ordered to be issued immediately.

**Clarence J. HINTON v. STATE.   (No. 12096.)**

Court of Criminal Appeals of Texas.   Dec. 19, 1928.

John Doyle, of McKinney, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.   Conviction is for burglary, punishment being two years in the penitentiary.

No bills of exception are brought forward, complaining of anything occurring during the trial, and no objections were presented to the charge of the court. It is not necessary to detail the evidence. The state relied for a conviction on proof of appellant's possession of a part of the property stolen at the time of the burglary. The defense was an alibi and explanation of possession of the property by a claimed purchase. The issues were purely for the jury, which settled them in favor of the state.

The judgment is affirmed.

**Dock JOHNSON v. STATE.   (No. 12286.)**

Court of Criminal Appeals of Texas.   Nov. 21, 1928.

Maberry & Maberry, of Gilmer, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.   Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

The record is before us, without any bills of exception or statement of facts. Appellant pleaded guilty and was given the lowest penalty. The indictment, judgment, and sentence, and the charge of the court, appear to be regular.

No error appearing, the judgment will be affirmed.